**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael WOODS, Defendant–Appellant.**

No. 11–11638
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 4, 2011.

Michelle Thresher Taylor, Esq., Simon A. Gaugush, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Dionja L. Dyer, Federal Public Defender's Office, Tampa, FL, Robert Godfrey, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Michael Woods appeals his sentence of 24 months of imprisonment for violating the conditions of his supervised release. 18 U.S.C. § 3583(e)(3). Woods argues that the district court erred by denying him an opportunity to allocute before the pronouncement of his sentence, and the government concedes that the error requires reversal. *See* Fed.R.Crim.P. 32.1(b)(2)(E); *United States v. Carruth*, 528 F.3d 845, 846 (11th Cir.2008). Because we vacate Woods's sentence on this ground, we need not address his additional argument that his sentence is procedurally unreasonable. We vacate Woods's sentence and remand for resentencing.

**VACATED AND REMANDED.**